### HODGES v. MOSELY.

SIMMONS, C. J. No error of law is complained of, and the evidence was sufficient to authorize the verdict.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1, — Decided June 10, 1902.

Action for damages. Before Judge Sheffield. Early superior court. October 16, 1901.

*A. G. Powell*, for plaintiff in error.
*W. C. Worrill* and *R. H. Sheffield*, contra.